**Electronically Filed
Supreme Court
SCWC-11-0000814
10-JUL-2013
10:09 AM**

SCWC-11-0000814

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

―――――――――――――――――――――――――――――――――――――――

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

CHONG HUNG HAN, Petitioner/Defendant-Appellant.

―――――――――――――――――――――――――――――――――――――――

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000814; FC-CR. NO. 10-1-1098)

ORDER OF CORRECTION
(By:  Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack JJ.)

IT IS HEREBY ORDERED that the opinion of the court filed on June 19, 2013 is corrected as follows:

On the first page, the case caption is corrected by inserting "FC-" before "CR. NO. 10-1-1098" so that the caption now reads "FC-CR. NO. 10-1-1098."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi,  July 10, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack